```
REC'D by _____ D.C.
FEB 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

```
FILED by _____ D.C.
INTAKE
FEB 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - Ft. LAUD.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-Hurley (s)

UNITED STATES OF AMERICA

vs

Feline Joseph

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 2-20-01, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: In Custody

                    Telephone: _____

DEFENSE COUNSEL:    Name: David Hodge appted (after FPD discovered to be conflicted)
                    Address: _____
                    Telephone: _____

BOND SET/CONTINUED: $ PTD Requested

Bond hearing held: yes____ no  X   Bond hearing set for 2-27-01

Dated this 20 day of February, 20 01.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 01-008

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services