COURT MINUTES

REC'D by _____ D.C.

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

FEB 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.

CASE NO: 00-6294-CR-HURLEY (s)

DEFT: Franklin WPB (J)#

AUSA: Bruce Brown  _Stefin_    ATTNY: _Bob Berube_

AGENT: _____    VIOL: _____

PROCEEDING: Initial Appearance    BOND REC: PTD

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _APD_

____ BOND SET @ _____

FILED by _____ D.C.
INTAKE
FEB 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) _____ Halfway House
_____ Electronic Monitoring

_A advised of charges_
_A sworn for Counsel_

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | 2-27-01 | 9:30am | AEV WPB/Duty Mag. | |
| PTD/BOND HEARING: | | | | |
| PREL/ARRAIGN. | 3-22-01 | 9:30am | AEV/WPB | |
| STATUS CONFERENCE: | | | | |

DATE: 2-20-01    TIME: 11:00am    TAPE # 01-008    PG #

765-982

Cont. 01-008
1300-1357

PD
40