UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # __55650-004__

UNITED STATES OF AMERICA   )
             Plaintiff    ) Case Number: CR __00-6294 Hurley__
                          ) REPORT COMMENCING CRIMINAL
     -vs-                 )          ACTION
                          )
__Joseph, Felive.__       )
_____
             Defendant
************************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __2-16-01 @ 10:40__ am/pm

(2) Language Spoken: __English - creole.__

(3) Offense(s) Charged: __PWID Cocaine.__

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: __9-12-79__

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint   To be filed/Already filed
    Case# __00-6294 - Hurley__

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __S/D FL.__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES [ ] NO

Amount of Bond: $ __-__
Who set Bond: _____

(7) Remarks: __-__

(8) Date: __2-16-01__    (9) Arresting Officer: __Michael Galatevor__

(10) Agency: __USMS__         (11) Phone: __(954) 356-7890__

(12) Comments: __-__