UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY
Magistrate Judge Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELINE JOSEPH,

    Defendant.

_____/

## MOTION TO TERMINATE APPOINTMENT

    COMES NOW Kathleen M. Williams, Federal Public Defender, through the undersigned Assistant Federal Public Defender, and hereby moves the Court to terminate the appointment as counsel of record for Feline Joseph and states as follows:

    1.     Feline Joseph was arrested after having been added as a defendant in the above-referenced case by way of a superseding indictment. At initial appearance in Fort Lauderdale, the magistrate judge appointed the Federal Public Defender to represent Ms. Joseph.

    2.     The Federal Public Defender currently represents co-defendant Macintauch Eliacin which precludes simultaneous appointment to the co-defendant.

    3.     Upon realizing the existence of a conflict, the magistrate judge has appointed David Hodge, Esq. to represent Ms. Joseph.



WHEREFORE the Federal Public Defender respectfully requests this court to enter an order formally terminating the appointment of the Federal Public Defender as counsel to Feline Joseph.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *(signature)*
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave., #300
West Palm Beach, FL 33401
(561) 833-6288/833-0368 (fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was faxed and/or mailed on this 22nd day of February, 2001, to Bruce Brown, Assistant United States Attorney at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*(signature)*
Martin J. Bidwill