UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6294-CR-HURLEY/VITUNAC
~~Magistrate Judge Vitunac~~

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELINE JOSEPH,

    Defendant.

_____/

## ORDER GRANTING MOTION TO TERMINATE

THIS MATTER having come before the Court upon the Federal Public Defender's Motion To Terminate Appointment, and the Court having been fully advised as to its premises, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The previous appointment of the Federal Public Defender is TERMINATED. David Hodge, Esq. has been appointed by separate order.

DONE AND ORDERED this 23 day of February, 2001, at West Palm Beach, Florida.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:    Bruce Brown, AUSA
       Martin J. Bidwill, AFPD

