# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 02/27/2001   TIME: 9:30 AM

DEFT. FELINE JOSEPH (J) #55650-004   CASE NO. 00-6294-CR-HURLEY/VITUNAC(s)

AUSA. ~~John McMillan~~ BRUCE BROWN   ATTY. DAVID HODGE (CJA)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING DETENTION HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION

Deft present with counsel. Parties stipulate to $100,000 CSB w/Nebbia instead of PTD. Court accepts stipulation.

DATE: 2-27-01   TAPE: AEV 01-11-735