AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954)489-1740

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__  540838

UNITED STATES OF AMERICA

V.

FELINE JOSEPH

**WARRANT FOR ARREST**

CASE NUMBER: 00-6294-CR-HURLEY(s)

TO: The United States Marshal
and any Authorized United States Officer

REC'D by _____ D.C.
MAR 0 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

YOU ARE HEREBY COMMANDED to arrest _____FELINE JOSEPH_____
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __Pre-Trial Detention requested__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

February 1, 2000, Fort Lauderdale, Florida
Date and Location

by Lurana Snow, United States Magistrate Judge
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above defendant at
Ft Lauderdale, FL

| DATE RECEIVED 2/1/2001 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/22/2001 | James A. Tassone, USM SD/FL | Ed Purchase, SDUSM |

54