## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**  DATE: 3/22/01   TIME: 9:30 AM

DEFT. FELINE JOSEPH (J)#55650-004   CASE NO. 00-6294-CR-HURLEY/VITUNAC (S)
(Deft not required)
AUSA. BRUCE BROWN  /s/ Kerry Baron   ATTY. DAVID HODGE

AGENT. _____   VIOL. PWID CRACK COCAINE
                               21:841 (a)(1)

PROCEEDING  STATUS RE: DISCOVERY   BOND. $100,000 CSB W/NEBBIA

DISPOSITION  Trial set 4/2/01

No discovery issues. Possible plea.
3-4 days for trial.

DATE: 3/22/01   TAPE: LRJ-00- 18 1