TO: THE HONORABLE DANIEL T. K. HURLEY
    UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __FELINE JOSEPH_____

                                      CASE NO. __00-6294_____CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __March 22, 2001_____.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

    _____

    _____

    _____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

    _____

    _____

    _____

__✓__ There are no discovery problems.

__✓__ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take _3-4_ days to complete.

_____ Other comments:

                                        Respectfully submitted,

                                        LINNEA R. JOHNSON
                                        CHIEF U. S. MAGISTRATE JUDGE