UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6294-Cr-Hurley (Paine)

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

FELINE JOSEPH

          Defendant.
_____/

NOTICE

| TYPE OF CASE | ___ CIVIL | x CRIMINAL |
|---|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE AND TIME SET FORTH BELOW.

| PLACE | DATE AND TIME |
|---|---|
| United States Courthouse, Courtroom 2, 701 Clematis Street, West Palm Beach, Florida 33401 | Thursday, June 21, 2001 at 9:00 AM |

TYPE OF HEARING

**CHANGE OF PLEA**    Note that this hearing will be presided over by Judge Paine on behalf of Judge Hurley.

DATE: June 13, 2001

CLARENCE MADDOX, Clerk

by: *Svava Ringheim*
Svava Ringheim

C:   Bruce T. Brown, AUSA
     David Hodge, Esq.
     U.S. Probation