UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Feline Joseph (J)
USM# 55650-004

CASE NO. 00-6294-CR-Hurley (Paine)

MINUTES - CHANGE OF PLEA

On 6/21/01 the above named defendant appeared in person before the Honorable JAMES C. PAINE, United States District Judge, with David Hodge counsel, appointed by the Court/retained by the defendant, and said defendant stated in open Court that he/she desired to withdraw his plea of Not Guilty heretofore entered and desired to enter a plea of Guilty to Count(s) 1s of the Indictment/Information. in *Superseding*

Note that the defendant has agreed to the forfeiture described in the plea agreement

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court being satisfied there was a factual basis for the plea, accepted the plea of Guilty and found the defendant guilty as charged.

Whereupon:

( )  The Court proceeded to pronounce sentence. (See separate J & C)

(x)  The Court postponed sentencing until 10/12/01 at 8:30 AM in W9PB

   ( ) The defendant is allowed to remain on present bond until then.

   ( ) The defendant is remanded to the custody of the U.S. Marshal until a bond in the amount of _____ is posted.

   (X) The defendant is remanded to the custody of the U.S. Marshal until sentencing.

   (X) Presentence Investigation Report Ordered.

Counts Remaining to be dismissed upon motion of the U.S. Attorney at time of sentencing.

Swing
Court Reporter Patricia Sanders           AUSA Bruce T. Brown

Courtroom Deputy  Svava Ringheim          Agent _____

U.S. Marshal _____                   Probation  None

Interpreter   none