```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
UNITED STATES OF AMERICA  :
                          :         CASE NO. 00-6294-CR-HURLEY
           Plaintiff,     :
                          :
vs.                       :
FELINE JOSEPH,            :
           Defendant.     :
_____:
```

## DEFENDANT'S MOTION FOR AN ADDITIONAL REDUCTION AS A MINIMAL ROLE PURSUANT TO § 3B1.2(A)

COMES NOW the Defendant, Feline Joseph by and through her undersigned counsel, and files this request for an addition reduction in her guideline level based upon her mitigating role in this offense.

According to the PSI the relevant conduct which the defendant is being sentenced for is 161.19 grams of cocaine base. Her actual conduct was as a minimal conduit in one transaction on September 27, 2000. While the law on relevant conduct and conspiracy is sufficiently broad to set her relevant conduct at this level, section 3B1.2(a) is intended to mitigate the offense level in circumstances that are present in this case. Feline Joseph was present for the one transaction that she participance in only because she cohabited with her codefendant Eric Taylor. The total amount of that transaction was 37 grams. According to the PSI in paragraph 21 on page 6, Macintauch Eliacin stated that Feline Joseph was a one time minimal participant in this offense.

"The Guidelines allow for a mitigating role reduction in this case. The commentary to the Guidelines instructs that a four level

1



reduction is intended to cover defendants who are plainly among the least culpable of those involved in the conduct of the group... The application note provides for example, that a four level reduction would be appropriate for someone who played no other role in a very large drug smuggling operation than to offload part of a single marihuana shipment, or where an individual was recruited as a courier for a single smuggling transaction involving a small amount of drugs." *USA v. De Varon,* 175 F.3d 930 (11th Cir. 1999).

The defendant actual acts in this case very closely mirror the conduct used in the examples given in the commentary for this guideline. Feline Joseph was not even necessary for the transaction in which she was involved. Her further presence with knowledge of her boyfriends conduct we more due to her need for a place to live than to any unlawful acts.

WHEREFORE the defendant respectfully request that this Honorable Court make a finding of fact consistent with the defendant's position and sentence him accordingly.

Respectfully submitted,

DAVID P. HODGE
727 Northeast Third Avenue
Suite 100
Fort Lauderdale, Florida 33304
(954) 462-6145
Fax (954) 462-4393

BY: _____
David P. Hodge
FBN 478008

2

I HEREBY CERTIFY that a true and correct copy of the foregoing has been faxed to Patricia Borah, United States Probation Officer(561) 655-1049;and by fax to AUSA Bruce Brown (954) 356-7336, this 9th day of October, 2001.

_____
David P. Hodge